Filed 11/5/15  P. v. Beard CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.111.5.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>Plaintiff and Respondent,<br><br>v.<br><br>DARIEN MARCUS BEARD,<br><br>Defendant and Appellant. | 2d Crim. No. B262518<br>(Super. Ct. No. VA134774)<br>(Los Angeles County) |

Darien Marcus Beard appeals from the judgment entered after a jury convicted him of second degree robbery (Pen. Code, § 211)[1] with special findings that he was armed with a firearm and personally used a firearm.  (§§ 12022, subd. (a)(1); 12022.53, subd. (b)).  The trial court sentenced appellant to 12 years state prison and ordered appellant to pay victim restitution, a $300 restitution fine (§ 1202.4, subd. (b)), a $300 parole revocation fine (§ 1202.45), a $10 criminal surcharge fee (§ 1465.7), a $40 court operations assessment (§ 1465.8), a $10 fine (§ 1202.5, subd. (a)), and a $30 conviction assessment (Gov. Code, § 70373).

We appointed counsel to represent appellant in this appeal.  After counsel's examination of the record, she filed an opening brief in which no issues were raised.

---

[1] Unless otherwise stated, all statutory references are to the Penal Code.

On August 26, 2015, we advised appellant that he had 30 days within which to personally submit any contentions or issues he wished us to consider. No response has been received.

The record shows that appellant robbed Yasmin Basilio at gunpoint, snatched her iPhone and purse, and fled in a Pontiac Grand Prix driven by Brittany Joy Dixon. After officers stopped the car, Basilio identified appellant and the driver, and identified some of her property which was in the car. Basilio's wallet was found in Dixon's purse and Dixon handed over Basilio's iPhone when booked.

We have reviewed the entire record and are satisfied that appellant's attorney has fully complied with her responsibilities and that no arguable issues exist. (*People v. Wende* (1979) 25 Cal.3d 436, 443; *People v. Kelly* (2006) 40 Cal.4th 106, 126.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


YEGAN, J.

We concur:


GILBERT, P.J.


PERREN, J.

2

Brian F. Gasdia, Judge

Superior Court County of Los Angeles

_____

Melissa A. Fair, under appointment by the Court of Appeal, for Appellant.

No appearance for Respondent.